# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

|  |  |
|---|---|
| EURIDIS CASTRO, Individually and as Personal Representatives of the Estate of JULIO CESAR CASTRO PEREZ, Deceased, | ) ) ) ) CASE NO.: 8:19-cv-00237-HMH ) |
| Plaintiff, | ) **RULE 26(F) REPORT** |
| v. | ) ) |
| BENNY G. SHELTON, individually and doing business as BENNY SHELTON TRUCKING, | ) ) ) ) |
| Defendants. | ) ) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐  We agree that the schedule set forth in the Conference and Scheduling Order filed on February 26, 2019 (ECF No. 11) is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒  We agree that the schedule set forth in the Conference and Scheduling Order filed on February 26, 2019 (ECF No. 11) requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

[SIGNATURES ON FOLLOWING PAGE]

This the 1st day of April, 2019.

McWHIRTER BELLINGER & ASSOCIATES, PA

*s/* Melissa G. Mosier_____
Melissa G. Mosier (Fed ID 11000)
McWhirter, Bellinger & Associates, P.A.
119 E. Main Street
Lexington, SC 29072
melissam@mcwhirterlaw.com
803-359-5522
*Attorneys for Plaintiff*

CARLOCK, COPELAND & STAIR, LLP

s/D. Gary Lovell, Jr. (with permission)
D. Gary Lovell, Jr.
Federal Bar No: 9942
glovell@carlockcopeland.com
William J. Farley, III
Federal Bar No: 12004
wfarley@carlockcopeland.com

40 Calhoun Street, Suite 400
Charleston, SC 29401-3531
PH: 843-727-0307
*Attorneys for Defendants*