IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| EURIDIS CASTRO, Individually and as Personal Representatives of the Estate of JULIO CESAR CASTRO PEREZ, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BENNY G. SHELTON, individually and doing business as BENNY SHELTON TRUCKING,<br><br>Defendants. | CASE NO.: 8:19-cv-00237-HMH<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

NOW COME Plaintiff and Defendants, by and through the undersigned counsel, and hereby submit the following Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii), FRCP. The parties intend to forever end this litigation with prejudice.

This 6th day of September, 2019.

*s/Melissa G. Mosier*
Melissa G. Mosier, Esq.
McWhirter, Bellinger & Associates, P.A.
119 E. Main Street
Lexington, SC 29072

*Counsel for Plaintiff*


*s/William J. Farley, III*
D. Gary Lovell, Jr., Esq.
William J. Farley III, Esq.
Carlock, Copeland & Stair, LLP
40 Calhoun Street, Suite 400
Charleston, SC 29401

*Counsel for Defendants*

6149843v.1